Decided January 11, 1990

LINDA C. WATERMAN *v.* UNITED CARIBBEAN, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 283, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that a trial court may properly render judgment beyond the 120

day period allowed by Connecticut General Statutes § 51-183b without the waiver or consent of all parties prior to rendition of the judgment?"

*Haden P. Gerrish,* in support of the petition.

*Paul L. Bollo,* in opposition.

Decided January 11, 1990